UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATOYA E. WILLIAMS,

Plaintiff,

-against-

AMSTERDAM NURSING HOME, MARIA SANTARINA, SEGI GJYLSHENI, *and* ODENETTE, *2nd Floor Nurse*,

Defendants.

**ORDER**

25-cv-09902 (ER)

Ramos, D.J.:

Latoya Williams, who is proceeding *pro se*, brought this action under Title VII of the Civil Rights Act of 1964. Doc. 1. The complaint could also be liberally construed as asserting claims under the New York City and State Human Rights Laws. *See id.* This action was accepted as related to *Williams v. Amsterdam Nursing Home*, No. 25 Civ. 9901. On December 18, 2025, the parties were referred to mediation. Doc. 5. On October 29, 2026, the mediator advised the Court that mediation was not held as the parties represented that they had reached a settlement on all issues. In a letter filed one day prior, Williams asserted that a settlement had not been reached and asked for a status conference. Doc. 19 at 5. No settlement agreement has been filed.

Defendants are directed to provide a status letter by November 4, 2026.

SO ORDERED.

Dated: October 30, 2026
New York, New York

Edgardo Ramos, U.S.D.J.