JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4028 Direct
(212) 972-3213 Fax
Diane.Windholz@jacksonlewis.com

MEMO ENDORSED
at page 2

November 4, 2026

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Latoya Williams v. Amsterdam Nursing Home et al.**
**Case No. 1:25-cv-09902-ER**

Dear Judge Ramos:

We represent Defendants Amsterdam Nursing Home, Maia Santarina, and Segi Gjylsheni (collectively, "Defendants") in the above-referenced matter and write in response to Plaintiff's October 28, 2026 letters to the Court (Dkt. No. 19)[1], and the Court's October 30, 2026 Order (Dkt. No. 20) directing Defendants to provide a status letter to the Court in light of Plaintiff's October 28 letters. As further explained below, Defendants respectfully request, on behalf of both parties, that this Court stay this case for 15 days—or until November 19, 2026—as the parties attempt to resolve any outstanding issues in their settlement negotiations. Defendants also respectfully request that the parties be permitted to provide another status letter to this Court on or before November 19.

Plaintiff's pro bono counsel, Fatima Ouedraogo of the City Bar Justice Center, entered her limited appearance in this case on August 4, 2026. (See Dkt. No. 17.) Thereafter, we had numerous telephone conversations with Plaintiff's pro bono counsel and engaged with her in a series of email correspondence regarding settlement and mediation.

After more than two months of negotiations, on October 23, 2026, Plaintiff's pro bono counsel informed us that the parties had reached a global settlement in principle on both this matter and *Latoya Williams v. Amsterdam Nursing Home et al.*; Case. No. 25-cv-9901 (the "Related Case"), which was accepted as related to this matter and is similarly before Your Honor. On October 26, 2026, we sent draft settlement papers to Plaintiff's pro bono counsel for her to review with Plaintiff. Because the parties were able to reach a resolution in principle via direct negotiations, a formal mediation was not needed. On October 27, 2026, we informed the Southern District of New York's Mediation Office of same.

[1] Plaintiff's letters are dated October 28, 2026, but were not entered on the docket until October 29, 2026.

On or about October 28, 2026, unbeknownst to her pro bono counsel, Plaintiff publicly filed letters to the Court divulging the content of confidential settlement negotiations and related papers, and stating that the parties in fact did not reach a resolution of this case or the Related Case. We subsequently corresponded with Plaintiff's pro bono counsel via both telephone and email regarding Plaintiff's letters. On November 3, 2026, Plaintiff's pro bono counsel informed us that she spoke with Plaintiff, that Plaintiff has not foreclosed settlement discussions, and that they would like more time to review together the draft settlement papers.

Accordingly, Defendants respectfully request, on behalf of both parties, that this Court stay this case for 15 days—or until November 19, 2026—as the parties attempt to resolve any outstanding issues in their settlement negotiations. We also respectfully request that parties be permitted to provide another status letter to this Court on or before November 19.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Windholz*
Diane Windholz
Alexander Deutsch

cc: Plaintiff Latoya Williams (via U.S. Mail)
Fatima Ouedraogo, City Bar Justice Center (via Email)

The case is stayed until November 19, 2026. The parties are instructed to file a joint status letter by November 19, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 5, 2026
New York, New York

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2026, she caused a true and correct copy of the foregoing Letter to be served on Plaintiff Latoya Williams by mailing such copy via U.S. Mail to Plaintiff's residence at 218 East 104th Street, Apt. 13B, New York, New York 10029 and by filing such copy by CM/ECF in accordance with the United States District Court for the Southern District of New York's Electronic Case Filing Rules and Instructions.

Dated: November 4, 2026
New York, New York

By: *<u>/s/ Diane Windholz</u>*
Diane Windholz